UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XETHANOL CORPORATION,

                Plaintiff,

-against-

DEUTSCHE BANK SECURITIES, INC.,

                Defendant.
------------------------------------------------------------------X

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Xethanol Corporation, a publicly held corporation, certifies that there no corporate parents, affiliates or subsidiaries of plaintiff Xethanol Corporation, which are publicly held.

Dated: New York, New York
        December 11, 2007

MEISTER SEELIG & FEIN LLP

_____
By: Howard S. Koh (HK 4730)
2 Grand Central Tower
140 East 45th Street – 19th Floor
New York, New York 10017
(212) 655-3500

To:

Deutsche Bank Securities, Inc.
60 Wall Street
New York, New York 10005