

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
XETHANOL CORPORATION,
        Plaintiff(s),

JUDGE HELLERSTEIN
Index No. 07 CV 11161

-against-

AFFIDAVIT OF SERVICE

DEUTSCHE BANK SECURITIES, INC.,
        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK  )
                            S.S.:
COUNTY OF NEW YORK)

DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 12th day of December 2007, at approximately 1:20 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, STATEMENT PURSUANT TO FED. R. CIV. P. 7.1, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN SOUTHERN DISTRICT OF NEW YORK, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER AND CIVIL COVER SHEET** upon Deutsche Bank securities, Inc. at 60 Wall Street, New York, NY 10006, by personally delivering and leaving the same with Norma Jean Clark, Legal Clerk, who informed deponent that she is an agent authorized by appointment to receive service at that address.

Norma Jean Clark is a white female, approximately 40 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 175 pounds with black hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
14th day of December, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com