Duval & Stachenfeld LLP
Attorneys for Plaintiff
By: Allan N. Taffet, Esq. (AT-5181)
     Nicholas Brunero, Esq. (NB-1107)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
XETHANOL CORPORATION,

                      Plaintiff,

     -against-

DEUTSCHE BANK SECURITIES INC.,

                      Defendant.
--------------------------------------------------------------- x

**STIPULATION AND ORDER**

07 Civ. 11161 (AKH)

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that: (1) the time for defendant Deutsche Bank Securities Inc. to answer or otherwise respond to plaintiff Xethanol Corporation's Complaint is extended to and including January 25, 2008; and (2) defendant waives any defense under Rule 12(b)(5) of the Federal Rules of Civil Procedure, or other defense alleging insufficiency of service of process. No previous request for an extension has been made.

Dated: New York, New York
December 21, 2007

MEISTER SEELIG & FEIN LLP

By: /s/ Howard S. Koh
Howard S. Koh, Esq. (HK-4730)
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
Tel. No.: (212) 655-3500

Attorneys for Plaintiff
Xethanol Corporation

DUVAL & STACHENFELD LLP

By: /s/ Allan N. Taffet
Allan N. Taffet, Esq. (AT-5181)
Nicholas Brunero, Esq. (NB-1107)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

Attorneys for Defendant
Deutsche Bank Securities Inc.

SO ORDERED 1/2/08
~~this ___ day of December, 2007~~

/s/
UNITED STATES DISTRICT JUDGE