Duval & Stachenfeld LLP
Attorneys for Defendant
Deutsche Bank Securities Inc.
By:  Allan N. Taffet, Esq. (AT-5181)
     Nicholas Brunero, Esq. (NB-1107)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
XETHANOL CORPORATION, :
:
:
Plaintiff, :
: 07 Civ. 11161 (AKH)
-against- :
:
:
DEUTSCHE BANK SECURITIES INC., :
:
Defendant. :
:
------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, defendant Deutsche Bank Securities Inc. ("Deutsche Bank") will move this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse, 500 Pearl Street, New York, New York, on February 15, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order dismissing this action as against defendant Deutsche Bank pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other relief as the Court deems just and proper.

Dated: New York, New York
       January 25, 2008

                                    Respectfully submitted,

                                    Duval & Stachenfeld LLP

                By: _____
                                  Allan N. Taffet, Esq. (AT-5181)
                                  Nicholas Brunero, Esq. (NB-1107)
                                  300 East 42nd Street
                                  New York, NY 10017
                                  Tel. No.: (212) 883-1700

                                  Attorneys for Defendant
                                  Deutsche Bank Securities Inc.


TO: Howard S. Koh, Esq.
      Meister Seelig & Fein LLP
      2 Grand Central Tower
      140 East 45th Street, 19th Floor
      New York, New York 10017
      Tel. No.: (212) 655-3500

      Attorneys for Plaintiff
      Xethanol Corporation