## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I caused to be served by hand, a true copy of Defendant Deutsche Bank Securities Inc.'s Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's Complaint, Notice of Motion, and the Statement Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure upon the following:

Howard S. Koh, Esq.
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
Tel. No.:  (212) 655-3500

Nicholas Brunero