Duval & Stachenfeld LLP
Attorneys for Defendant
Deutsche Bank Securities Inc.
By:  Allan N. Taffet, Esq. (AT-5181)
       Nicholas Brunero, Esq. (NB-1107)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
XETHANOL CORPORATION,                                        :
                                                             :
                              Plaintiff,                     :
                                                             :  07 Civ. 11161 (AKH)
         -against-                                           :
                                                             :
                                                             :
DEUTSCHE BANK SECURITIES INC.,                               :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ x

## STATEMENT PURSUANT TO RULE 7.1 OF THE
## FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Deutsche Bank Securities Inc., certifies as follows:

Deutsche Bank Securities Inc. is a 100% subsidiary of DB U.S. Financial Markets Holding Corporation, which is a 100% subsidiary of Taunus Corporation, which is a 100% subsidiary of Deutsche Bank AG.  Deutsche Bank AG is publicly traded, and there is no publicly traded entity that owns more than 10% of Deutsche Bank AG stock.

Dated:  New York, New York
        January 25, 2008

                                            Respectfully submitted,

                                            Duval & Stachenfeld LLP

By: _____
                                  Allan N. Taffet, Esq. (AT-5181)
                                  Nicholas Brunero, Esq. (NB-1107)
                                  300 East 42nd Street
                                  New York, NY 10017
                                  Tel. No.:  (212) 883-1700

                                  Attorneys for Defendant
                                  Deutsche Bank Securities Inc.