Meister Seelig & Fein LLP
Attorneys for Plaintiff
By: Howard S. Koh (HK 4730)
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
Tel. No.: (212) 655-3500

```
USDC SDNY
DOCUMENT
ELECTRONIC/       
DOC #:
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
XETHANOL CORPORATION,                                        :
                                                             :
                              Plaintiff,                     :
                                                             :     **STIPULATION AND ORDER**
                 -against-                                   :
                                                             :     07 Civ. 11161 (AKH)
DEUTSCHE BANK SECURITIES INC.,                               :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ x

   **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys for the parties, that: (1) the return date of defendant Deutsche Bank Securities Inc.'s

Motion to Dismiss Plaintiff's Complaint is extended from February 15, 2008 to and including

March 7, 2008; (2) Plaintiff shall serve its opposition to the Motion to Dismiss on or before

February 22, 2008; and (3) Defendant Deutsche Bank Securities Inc. shall reply to Plaintiff's

opposition on or before March 7, 2008. This is the parties' first request for an extension of time

with respect to this motion.

Dated: New York, New York
       February 5, 2008

MEISTER SEELIG & FEIN LLP

By: _____
    Howard S. Koh, Esq. (HK 4730)
    2 Grand Central Tower
    140 East 45th Street, 19th Floor
    New York, New York 10017
    Tel. No.: (212) 655-3500

    Attorneys for Plaintiff
    Xethanol Corporation


DUVAL & STACHENFELD LLP

By: _____
    Allan N. Taffet, Esq. (AT-5181)
    Nicholas Brunero, Esq. (NB-1107)
    300 East 42nd Street
    New York, New York 10017
    Tel. No.: (212) 883-1700

    Attorneys for Defendant
    Deutsche Bank Securities Inc.


SO ORDERED
this ___ day of February, 2008

_____
Honorable Alvin K. Hellerstein,
UNITED STATES DISTRICT JUDGE