Meister Seelig & Fein LLP
Attorneys for Plaintiff
By: Howard S. Koh (HK 4730)
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
Tel. No.: (212) 655-3500

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
XETHANOL CORPORATION,

       Plaintiff,

  -against-

DEUTSCHE BANK SECURITIES INC.,

       Defendant.
------------------------------------------------------------ x

**STIPULATION AND ORDER**

07 Civ. 11161 (AKH)

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that: (1) the return date of defendant Deutsche Bank Securities Inc.'s Motion to Dismiss Plaintiff's Complaint was originally February 15, 2008 and is hereby extended from March 7, 2008 to and including March 14, 2008; (2) Plaintiff shall serve its opposition to the Motion to Dismiss on or before February 29, 2008; and (3) Defendant Deutsche Bank Securities Inc. shall reply to Plaintiff's opposition on or before March 14, 2008. This is the parties' second request for an extension of time with respect to this motion.

Dated: New York, New York
       February 21, 2008

| MEISTER SEELIG & FEIN LLP | DUVAL & STACHENFELD LLP |
|---|---|
| By: *[signature]* <br> Howard S. Koh, Esq. (HK 4730) <br> 2 Grand Central Tower <br> 140 East 45th Street, 19th Floor <br> New York, New York 10017 <br> Tel. No.: (212) 655-3500 <br><br> *Attorneys for Plaintiff* <br> *Xethanol Corporation* | By: *[signature]* <br> Allan N. Taffet, Esq. (AT-5181) <br> Nicholas Brunero, Esq. (NB-1107) <br> 300 East 42nd Street <br> New York, New York 10017 <br> Tel. No.: (212) 883-1700 <br><br> *Attorneys for Defendant* <br> *Deutsche Bank Securities Inc.* |

SO ORDERED
this 22 day of February, 2008

*[signature]*

Honorable Alvin K. Hellerstein,
UNITED STATES DISTRICT JUDGE