AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

___Southern___ DISTRICT OF ___New York___

**APPEARANCE**

Case Number: 07 CV 11161 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Deutsche Bank Securities, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/13/2008 | *[signature]* |
| Date | Signature |
| | Allan N. Taffet     AT-5181 |
| | Print Name     Bar Number |
| | Duval & Stachenfeld LLP     300 East 42nd Street |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 692-5523     (212) 883-8883 |
| | Phone Number     Fax Number |