Duval & Stachenfeld LLP
Attorneys for Defendants
Deutsche Bank Securities Inc.,
Pivot Master Trust, and
Camber Master Trust
By:  Allan N. Taffet, Esq. (AT-5181)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
XETHANOL CORPORATION,

                    Plaintiff,

   -against-

**NOTICE OF MOTION**

07 Civ. 11161 (AKH)

DEUTSCHE BANK SECURITIES INC.,
PIVOT MASTER TRUST and CAMBER
MASTER TRUST,

                    Defendants.
------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, defendants Deutsche Bank Securities Inc. ("Deutsche Bank"), Pivot Master Trust ("Pivot") and Camber Master Trust ("Camber") will move this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse, 500 Pearl Street, New York, New York, on May 9, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order dismissing this action as against defendants pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), and for such other relief as the Court deems just and proper.

Dated: New York, New York
April 18, 2008

                Respectfully submitted,

                Duval & Stachenfeld LLP

By: /s/ Allan N. Taffet (JMS)
Allan N. Taffet, Esq. (AT-5181)
300 East 42nd Street
New York, NY 10017
Tel. No.: (212) 883-1700

Attorneys for Defendants
Deutsche Bank Securities Inc.,
Pivot Master Trust, and
Camber Master Trust

TO: Howard S. Koh, Esq.
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
Tel. No.: (212) 655-3500

Attorneys for Plaintiff
Xethanol Corporation