## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, I caused to be served by hand, a true copy of the Memorandum of Law of Defendants Deutsche Bank Securities Inc., Pivot Master Trust and Camber Master Trust in Support of Their Motion to Dismiss Plaintiff's Amended Complaint and Notice of Motion upon the following:

Howard S. Koh, Esq.
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
Tel. No.: (212) 655-3500

_____
Jennifer Kelly