Meister Seelig & Fein LLP
Attorneys for Plaintiff
By: Howard S. Koh (HK 4730)
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
Tel. No.: (212) 655-3500

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
XETHANOL CORPORATION,

    Plaintiff,       **STIPULATION AND ORDER**

  -against-         07 Civ. 11161 (AKH)

DEUTSCHE BANK SECURITIES, INC.,
PIVOT MASTER TRUST, and
CAMBER MASTER TRUST,

    Defendants.
------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that: (1) the return date of Defendants' Motion to Dismiss Plaintiff's Amended Complaint was originally May 9, 2008 and is hereby extended to and including June 13, 2008; (2) Plaintiff shall serve its opposition to the Motion to Dismiss on or before May 23, 2008; and (3) Defendants shall reply to Plaintiff's opposition on or before June 13, 2008. This is the parties' first request for an extension of time with respect to this motion.

Dated: New York, New York
       May 2, 2008

|  | MEISTER SEELIG & FEIN LLP | | DUVAL & STACHENFELD LLP |
|---|---|---|---|
| By: | *[signature]* | By: | *[signature]* |
|  | Howard S. Koh, Esq. (HK 4730) | | Allen N. Taffet, Esq. (AT-5181) |
|  | 2 Grand Central Tower | | 300 East 42nd Street |
|  | 140 East 45th Street, 19th Floor | | New York, New York 10017 |
|  | New York, New York 10017 | | Tel. No.: (212) 883-1700 |
|  | Tel. No.: (212) 655-3500 | | |
|  | *Attorneys for Plaintiff* | | *Attorneys for Defendants* |

SO ORDERED
this __6__ day of May, 2008

*[signature]*
Honorable Alvin K. Hellerstein,
UNITED STATES DISTRICT JUDGE

2