## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I caused to be served by hand, a true copy of the Reply Memorandum of Law of Defendants Deutsche Bank Securities Inc., Pivot Master Trust and Camber Master Trust in Further Support of Their Motion to Dismiss Plaintiff's Amended Complaint upon the following:

Howard S. Koh, Esq.
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
Tel. No.: (212) 655-3500

_____
Joshua Klein