Duval & Stachenfeld LLP
Attorneys for Defendants
By: Allan N. Taffet, Esq. (AT-5181)
    Joshua C. Klein, Esq. (JK-4558)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
XETHANOL CORPORATION,                            :
                                                 :
                    Plaintiff,                   :
                                                 :
        -against-                                :
                                                 :   07 Civ. 11161 (AKH)
DEUTSCHE BANK SECURITIES INC.,                   :
PIVOT MASTER TRUST and CAMBER                    :
MASTER TRUST,                                    :
                                                 :
                    Defendants.                  :
                                                 :
------------------------------------------------------------- x

## STATEMENT PURSUANT TO RULE 7.1 OF THE
## FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Pivot Master Trust and Camber Master Trust certifies as follows:

Pivot Master Trust is a limited purpose statutory trust, formed pursuant to a Declaration of Trust and Trust Agreement dated as of May 1, 2007, under which the Bank of New York acts as trustee for the benefit of the registered holders of the securities issued by the trust. There is no publicly held corporation that owns 10% or more of its stock.

Camber Master Trust is a limited purpose statutory trust, formed pursuant to a Declaration of Trust and Trust Agreement dated as of August 2, 2006, under which the Bank of New York acts as trustee for the benefit of the registered holders of the securities issued by the trust. There is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
      August 15, 2008

                                    DUVAL & STACHENFELD LLP
                                    Pivot Master Trust and Camber Master Trust

                  By: _/s/ Allan N. Taffet_____
                                    Allan N. Taffet, Esq. (AT-5181)
                                    Joshua Klein, Esq. (JK-4558)
                                    300 East 42nd Street
                                    New York, New York 10017
                                    Tel. No.: (212) 883-1700