## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, a true copy of the Answer filed in this action was served by hand upon the following:

Howard S. Koh, Esq.
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
Tel. No.: (212) 655-3500

_____
Joshua Klein