SHIBOLETH LLP
Attorneys for Plaintiff
Xethanol Corporation
Charles B. Manuel, Jr.
Kimberly B. Grotell
1 Penn Plaza, Suite 2527
New York, New York 10119
T:	(212) 244-4111
F:	(212) 563-7108

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XETHANOL CORPORATION,<br><br>Plaintiff,<br><br>- against –<br><br>DEUTSCHE BANK SECURITIES, INC., PIVOT MASTER TRUST, and CAMBER MASTER TRUST,<br><br>Defendants. | Case No. 07 CV 11161<br><br>**SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Plaintiff Xethanol Corporation hereby substitutes Shiboleth LLP as its attorneys of record in this action in place of Meister Seelig & Fein LLP.

All pleadings, orders and notices should henceforth be served upon Charles B. Manuel, Jr. and Kimberly B. Grotell at Shiboleth LLP, 1 Penn Plaza, Suite 2527, New York, New York 10119, telephone number (212) 244-4111, facsimile number (212) 563-7108 and electronic mail addresses CharlesM@shiboleth.com and KimG@shiboleth.com.

Dated: New York, New York
      August 19, 2008

SHIBOLETH LLP

By: _____
Charles B. Manuel, Jr.(CM 3020)
Kimberly B. Grotell   (KG 2037)
*Of Counsel*
1 Penn Plaza, Suite 2527
New York, New York 10119
T:   (212) 244-4111
F:   (212) 563-7108
Email: CharlesM@shiboleth.com
         KimG@shiboleth.com

*Attorneys for Plaintiff*
*Xethanol Corporation*

I consent to the above substitution of counsel.

Dated: New York, New York
      August 19, 2008

MEISTER SEELIG & FEIN LLP

By: _____
Howard S. Koh   (HK 4730)
Howard S. Davis (HD 4452)
Attorneys for Plaintiff
Xethanol Corporation
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
T:   (212) 655-3500
F:   (646) 539-3687

[OUTGOING]
*Attorneys for Plaintiff*
*Xethanol Corporation*