AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

**APPEARANCE**

Case Number:  07 CV 11161 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Xethanol Corporation

I certify that I am admitted to practice in this court.

| 8/22/2008 | |
|---|---|
| Date | Signature |
| | Charles B. Manuel, Jr.         CM 3020 |
| | Print Name                      Bar Number |
| | Shiboleth LLP        1 Penn Plaza, Suite 2527 |
| | Address |
| | New York        New York        10119 |
| | City        State        Zip Code |
| | (212) 244-4111        (212) 563-7108 |
| | Phone Number        Fax Number |