SHIBOLETH LLP
Attorneys for Plaintiff
Xethanol Corporation
Charles B. Manuel, Jr.
Kimberly B. Grotell
1 Penn Plaza, Suite 2527
New York, New York 10119
T:   (212) 244-4111
F:   (212) 563-7108

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XETHANOL CORPORATION,<br><br>Plaintiff,<br><br>- against -<br><br>DEUTSCHE BANK SECURITIES, INC., PIVOT MASTER TRUST, and CAMBER MASTER TRUST,<br><br>Defendants. | Case No. 07 CV 11161<br><br>**SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Plaintiff Xethanol Corporation hereby substitutes Shiboleth LLP as its attorneys of record in this action in place of Meister Seelig & Fein LLP.

All pleadings, orders and notices should henceforth be served upon Charles B. Manuel, Jr. and Kimberly B. Grotell at Shiboleth LLP, 1 Penn Plaza, Suite 2527, New York, New York 10119, telephone number (212) 244-4111, facsimile number (212) 563-7108 and electronic mail addresses CharlesM@shiboleth.com and KimG@shiboleth.com.

Dated: New York, New York
August 19, 2008

                                   SHIBOLETH LLP

By: _____
Charles B. Manuel, Jr. (CM 3020)
Kimberly B. Grotell   (KG 2037)
*Of Counsel*
1 Penn Plaza, Suite 2527
New York, New York 10119
T:   (212) 244-4111
F:   (212) 563-7108
Email: CharlesM@shiboleth.com
       KimG@shiboleth.com

*Attorneys for Plaintiff*
*Xethanol Corporation*

I consent to the above substitution of counsel.

Dated: New York, New York
August 19, 2008

                                   MEISTER SEELIG & FEIN LLP

By: _____
Howard S. Koh   (HK 4730)
Howard S. Davis (HD 4452)
Attorneys for Plaintiff
Xethanol Corporation
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
T:   (212) 655-3500
F:   (646) 539-3687
[OUTGOING]
*Attorneys for Plaintiff*
*Xethanol Corporation*

So Ordered 8/26/08
[signature]

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 07 CV 11161 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Xethanol Corporation

I certify that I am admitted to practice in this court.

| 8/22/2008 | *signature* | |
|---|---|---|
| Date | Signature | |
| | Charles B. Manuel, Jr. | CM 3020 |
| | Print Name | Bar Number |
| | Shiboleth LLP | 1 Penn Plaza, Suite 2527 |
| | Address | |
| | New York | New York | 10119 |
| | City | State | Zip Code |
| | (212) 244-4111 | (212) 563-7108 |
| | Phone Number | Fax Number |