**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
XETHANOL CORPORATION

                                Case No.07 Civ. 11161 (AKH)

V.                              AFFIDAVIT OF SERVICE

DEUTSCHE BANK SECURITIES INC., PIVOT
MASTER TRUST and CAMBER MASTER TRUST

    Defendants.
-----------------------------------------------------------------X
AND OTHER RELATED CASE
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                              S.S.:
COUNTY OF NEW YORK)

      **NELSON CARVAJAL**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 19th day of August, 2008, at approximately 3:10pm, deponent served a true copy of the THIRD PARTY SUMMONS IN A CIVIL ACTION, THIRD-PARTY COMPLAINT, STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND AMENDED COMPLAINT upon NORTHEAST SECURITIES, INC. at 333 Earle Ovington Blvd, Mitchel Field, NY by personally delivering and leaving the same with SYLVIA ISAAC, who informed deponent that she is an Executive assistant authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Sylvia Isaac is a black female, approximately 48 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 160 pounds with black hair and brown eyes wearing glasses.

_____
NELSON CARVAJAL #965441

Sworn to before me this
22nd day of August, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com