John E. Lawlor, Esq. (JL3258)
O'Rourke & Lawlor
Attorneys for Third-Party Defendant
  Northeast Securities, Inc.
129 Third Street
Mineola, N.Y. 11501
516-248-7700
516-742-7675 (fax)
JLaw672@aol.com (e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
XETHANOL CORPORATION,

                              Plaintiff,

      v.

DEUTSCHE BANK SECURITIES, INC., PIVOT MASTER
TRUST and CAMBER MASTER TRUST,                **NOTICE OF**
                                                                   **APPEARANCE**
                         Defendants,
                         Third-Party Plaintiffs,      07 Civ. 11161 (AKH)

      v.

NORTHEAST SECURITIES, INC.,

                           Third-Party Defendant.
-------------------------------------------------------------------------X

     The undersigned hereby appears in this action on behalf of Third-Party Defendant

Northeast Securities, Inc.

Dated:  Mineola, New York
           September 5, 2008

JOHN E. LAWLOR, ESQ. (JL 3258)
O'Rourke & Lawlor
Attorneys for Third-Party Defendant
Northeast Securities, Inc.
129 Third Street
Mineola, N.Y. 11501
(516) 248-7700
(516) 742-7675 – Facsimile
JLaw672@aol.com – E-mail

TO:   Alan N. Taffet, Esq., **via ECF**
      Duval & Stachenfeld LLP
      Attorneys for Defendants/Third-Party Plaintiffs Deutsche Bank, et al.
      300 East 42nd Street
      New York, N.Y. 10017
      (212) 883-1700

      Howard S. Koh, Esq., **via ECF**
      Meister Seelig & Fein, LLP
      2 Grand Central Tower
      140 East 45th Street, 19th Floor
      New York, N.Y. 10017

4