John E. Lawlor, Esq. (JL3258)
O'Rourke & Lawlor
Attorneys for Third-Party Defendant
  Northeast Securities, Inc.
129 Third Street
Mineola, N.Y. 11501
516-248-7700
516-742-7675 (fax)
JLaw672@aol.com (e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
XETHANOL CORPORATION,

                              Plaintiff,

            v.

DEUTSCHE BANK SECURITIES, INC., PIVOT MASTER
TRUST and CAMBER MASTER TRUST,            STIPULATION

                           Defendants,         07 Civ. 11161 (AKH)
                           Third-Party Plaintiffs,

            v.

NORTHEAST SECURITIES, INC.,

                           Third-Party Defendant.
------------------------------------------------------------------------X

    It is hereby stipulated and agreed by and between the undersigned counsel for the Third-Party Plaintiff and the Third-Party Defendant that Third-Party Plaintiff's time to answer or move in relation to the Third-Party complaint is hereby extended to and including October 8, 2008.

Dated: Mineola, New York
         September  , 2008

1

_____
ALLAN N. TAFFET (AT 5181)
Duval & Stachenfeld LLP
Attorneys for Defendants/Third-Party
Plaintiffs Deutsche Bank, et al.
300 East 42nd Street
New York, N.Y. 10017
(212) 883-1700

_____
JOHN E. LAWLOR, ESQ. (JL 3258)
O'Rourke & Lawlor
Attorneys for Third-Party Defendant
Northeast Securities, Inc.
129 Third Street
Mineola, N.Y. 11501
(516) 248-7700
(516) 742-7675 – Facsimile
JLaw672@aol.com – E-mail

SO ORDERED:

_____
USDJ

2